594

450 A.2d 195

Commonwealth v. Glenn, Appellant.

Submitted February 22, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Marianne E. Cox, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

The judgment of sentence is hereby affirmed.

450 A.2d 195

Commonwealth v. Hayes, Appellant.

Submitted February 9, 1982. John P. Liekar, for appellant; Herman J. Bigi, District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.